# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TAVERN DOWNING, SR.,** : | |
| : | |
| **Plaintiff,** : | |
| : | No. 5:25-CV-274 (CAR) |
| **v.** : | |
| : | |
| **ENISHA BRYANT and WENDY REID,** : | |
| : | |
| **Defendants.** : | |
| _____ : | |

## NOTICE OF FAILURE TO FILE PROOF OF SERVICE

On June 30, 2025, *pro se* Plaintiff Tavern Downing, Sr. filed his Complaint in the above-captioned case. On August 8, 2025, Defendant Wendy Reid filed her Motion to Dismiss and her Motion to Stay Discovery, and on September 2, 2025, Plaintiff filed his Motion for Leave to File First Amended Complaint. All three motions are pending. Yet, as of the date of this Notice, Plaintiff has failed to file any proof of service. There is no indication in the record that service has been perfected as required for either Defendant.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days from the date of the filing of the complaint to perfect service on Defendants. Accordingly, Plaintiff is **HEREBY NOTIFIED** that Plaintiff's case against Defendants may be **dismissed without prejudice** pursuant to Rule 4(m) of the Federal Rules of Civil

Procedure if Plaintiff fails to file proof of service by **September 29, 2025**, the final date of the period for perfecting service in this case.

    **ENTERED,** this 5th day of September, 2025.

                                                  S/ C. Ashley Royal\_\_\_\_
                                                  C. ASHLEY ROYAL, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT