IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TAVERN DOWNING, SR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 5:25-CV-274 (CAR) |
| v. | : | |
| | : | |
| ENISHA BRYANT and WENDY REID, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER DENYING MOTION FOR ALTERNATIVE SERVICE OF PROCESS AND EXTENDING TIME TO PERFECT SERVICE

Before the Court is *pro se* Plaintiff Tavern Downing, Sr.'s Motion for Alternative Service of Process upon Defendant Enisha Bryant [Doc. 19.] Plaintiff seeks to serve process upon Defendant Bryant by direct message to her social media accounts and/or email. Contrary to Plaintiff's assertions, Fed. R. Civ. P. 4(e)(1) and O.C.G.A. § 9-11-4(f)(1)(A) do not permit service by those electronic means. Thus, the Court **DENIES** Plaintiff's Motion. [Doc. 19.]

But the Court recognizes Plaintiff has made attempts to serve Defendant Bryant and locate her address. For good cause shown, the Court **EXTENDS** the time for perfecting service upon Defendant Bryant under Fed. R. Civ. P. 4(m). The Court **ORDERS** Plaintiff to perfect service on Defendant Bryant and submit proof of service to the Court within **fourteen (14) days** of this Order's date. If Plaintiff fails to serve Defendant Bryant

1

by **December 5, 2025**, Plaintiff's claims against Defendant Bryant will be dismissed without prejudice under Fed. R. Civ. P. 4(m).[1]

**SO ORDERED,** this 21st day of November, 2025.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] On September 5, 2025, the Court notified Plaintiff that Plaintiff's case against Defendants may be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure if Plaintiff failed to file proof of service by September 29, 2025, the final date of the period for perfecting service in this case. [Doc. 7.] On November 6, 2025, the Court granted Plaintiff's Motion for an Extension of Time to Serve Summons and Complaint upon Defendant Enisha Bryant. [Doc. 18.] The Court notified Plaintiff that his claims against Defendant Bryant would be dismissed without prejudice under Fed. R. Civ. P. 4(m) if he failed to serve Defendant Bryant by November 17, 2025. *Id.*